IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GMP AND EMPLOYERS PENSION FUND, et al.,** | : | **CASE NO. 1:15-cv-0262** |
| | : | **Hon. Sandra S. Beckwith** |
| **Plaintiffs** | : | |
| | : | **AGREEED JUDGMENT** |
| vs. | : | **ENTRY** |
| | : | |
| **WELLMAN DYNAMICS CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |

It appearing to the Court that the parties have agreed thereto, it is hereby ORDERED and DECREED as follows:

1. Subject to paragraph 2 of this Order, Defendant, Wellman Dynamics Corporation ("Wellman"), shall pay to Plaintiffs, collectively, the sum of seventy-one thousand four hundred eighty-two and 65/100 dollars ($71,482.65), payable as follows:

    (a) Nine hundred seventy-five and no/100 dollars ($975.00) will be payable within five (5) days after this Agreed Judgment Entry is filed by the Court. Such amount represents unpaid attorney fees and interest.

    (b) Contributions owing to the GMP and Employers Pension Plan (the "Plan") in the amount of seventy thousand five hundred seven and 66/100 ($70,507.66) will be paid in two installments as follows:

    (i) $35,253.83 will be payable no later than July 15, 2015; and

    (ii) $35,253.83 will be payable no later than July 31, 2015.

All such amounts will be payable to "GMP and Employers Pension Plan" and delivered to:

> Stoner & Associates
> 205 West Fourth Street, Suite 225
> Cincinnati, Ohio 45202
> Attention: Alan Fodor

2. The amount provided in Section 1(b) of this Order was calculated based upon information provided by Wellman to Plaintiffs, such as hours worked by Wellman's employees who are eligible to participate in the Plan. In the event that Plaintiffs at any time determine that the information provided by Wellman is not accurate, including during an audit of Wellman's payroll and related records by Plaintiffs or otherwise, in addition to the amount owing under paragraph 1(b) of this Order, Wellman will pay to Plaintiffs such additional amounts as are determined by Plaintiffs to be owning based upon any additional or corrected information. Nothing in this Order will preclude or limit Plaintiffs from collecting all amounts owing to the Plan by Wellman under the terms of the Plan and the collective bargaining agreement between Wellman and the GMP International Union (the "CBA").

3. So long as the payments provided in paragraph 1 of this Order are received on a timely basis and Wellman timely delivers to the GMP and Employers Pension Plan, c/o Stoner & Associates, at the address specified in paragraph 1, all reports and contributions owing under the terms of the Plan and the CBA after the date of this Order, Plaintiffs will not execute on this Order. However, in the event that:

    (a) Wellman defaults in the timely payment of any amount provided in paragraph 1 of this Order; or

    (b) Wellman fails to deliver to Plaintiff, GMP and Employers Pension Plan (the "Plan"), c/o Stoner & Associates, on or before the 15th day of each month, beginning

>July 15, 2015, and continuing thereafter, complete and accurate reports of employee hours and the contributions owing to the Plan based upon such reports for the immediately preceding month;

then in either such event, the entire amount of the judgment set forth in this Order, *i.e.*, seventy-one thousand four hundred eighty-two and 65/100 dollars ($71,482.65), as adjusted in accordance with paragraph 2 of this Order, less the amount of any payments by Wellman pursuant to this Order, plus interest at the rate of eight percent (8%) per annum from the date of such default or failure until paid, plus attorneys' fees and Court costs associated with executing on this Order, shall be payable in full upon presentation of this Order for judgment in accordance with this paragraph 3, accompanied by an affidavit of Plaintiffs' counsel as to the fact of default hereunder and as to the remaining unpaid balance then due.

4. This Court shall retain jurisdiction for the enforcement of this Order.

_____
Sandra S. Beckwith
United States District Judge

**Approved and consented to:**

**Wellman Dynamics Corporation**

By: /s/ Brian Cassady by /s/ Gale S. Finley per written authority 6/19 /15
    Brian Cassady, Chief Executive Officer

1746 Commerce Road
Creston, Iowa 50801
(641) 782-8521
(641) 782-4844 (fax)
Defendant

/s/ Gale S. Finley
Gale S. Finley (0016513)
Scott S. Davies (0077080)
Sebaly Shillito + Dyer
A Legal Professional Association
1900 Kettering Tower
40 N. Main Street
Dayton, Ohio 45423
gfinley@ssdlaw.com
(937) 222-2500
(937) 222-6554 (fax)
Attorneys for Plaintiffs

2172207.4